# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                               PLAINTIFF

v.                         NO. 4:06CR00106-01 JLH

FRANZ JOSEPH GREY                                                     DEFENDANT

## **ORDER**

Defendant Franz Joseph Grey entered a conditional plea of guilty to Count 2 of the Indictment on May 12, 2008. Thereafter, on May 13, 2008, the Court set a sentencing date of December 17, 2008, and a writ of habeas corpus ad prosequendum was promptly issued as defendant is currently in the custody of the State of California.

On December 3, 2008, the Court was informed by the United States Marshals Service that the State of California failed to ensure that Mr. Grey made the United States Marshals Service's transport plane on December 1, 2008. As a result of this, the sentencing hearing must be continued. Based on the current transport schedule, the earliest that Mr. Grey could be in the Eastern District of Arkansas is the week of January 12, 2009.

IT IS THEREFORE ORDERED that defendant's sentencing date is hereby rescheduled for ***WEDNESDAY, JANUARY 14, 2009, at 1:00 p.m.*** in Courtroom 4-D of the Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas.

The writ previously issued on May 14, 2008, will continue to remain in place for defendant's transportation from the State of California.

IT IS SO ORDERED this 4th day of December, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE