**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN  DIVISION**

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                  No. 4:06CR00106-01 JLH

FRANZ JOSEPH GREY                                                        DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, Franz Joseph Grey's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 is DENIED.  His motion is dismissed with prejudice.  No certificate of appealability will issue.

IT IS SO ORDERED this 2nd day of June, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE